IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: |
| | ) | 2: 20- 778 |
| | ) | |
| -versus- | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(a)(1)(A) |
| DERRICK SIMPSON, | ) | 21 U.S.C. § 841(a)(1)(B) |
| a/k/a "Red" | ) | 21 U.S.C. § 841(b)(1)(C) |
| RICHARD WRIGHT, | ) | 21 U.S.C. § 853 |
| a/k/a "Boise" | ) | 21 U.S.C. § 881 |
| D'VONTE RACHARD MITCHELL | ) | 21 U.S.C. § 802(57) |
| GENEE TAKEATA YOUNG | ) | 21 U.S.C. § 802(58) |
| UNSLO RASHAD THOMAS, | ) | 28 U.S.C. § 2461(c) |
| a/k/a "Low Key," | ) | |
| a/k/a "Low Boy" | ) | |
| LISA MARIE DRAKE | ) | INDICTMENT |
| | ) | |

**COUNT 1**

THE GRAND JURY CHARGES:

That beginning at a time unknown to the grand jury, but beginning in at least June 2017, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants, **DERRICK SIMPSON, a/k/a "Red," RICHARD WRIGHT, a/k/a "Boise," D'VONTE RACHARD MITCHELL, GENEE TAKEATA YOUNG, UNLSO RASHAD THOMAS, a/k/a "Low Key," a/k/a "Low Boy," and LISA MARIE DRAKE**, knowingly and intentionally did combine, conspire, agree and have tacit understanding with each other and with others, both known

and unknown to the grand jury, to possess with intent to distribute and to distribute cocaine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), both Schedule II controlled substances, and marijuana, a Schedule I controlled substance;

 a. With respect to **DERRICK SIMPSON, a/k/a "Red,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 5 kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

 b. With respect to **RICHARD WRIGHT, a/k/a "Boise,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 5 kilograms or more of cocaine and a quantity of heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C);

 c. With respect to **D'VONTE RACHARD MITCHELL**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B);

 d. With respect to **GENEE TAKEATA YOUNG**, the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is a quantity of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

 e. With respect to **UNSLO RASHAD THOMAS, a/k/a "Low Key," a/k/a "Low**

**Boy,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of heroin and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), in violation of Title 21, United States Code, Sections 841(a)(1),841(b)(1)(B), and 841(b)(1)(C);

f. With respect to **LISA MARIE DRAKE**, the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is a quantity of heroin and a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about February 6, 2019, in the District of South Carolina, the Defendant, **GENEE TAKEATA YOUNG**, knowingly, intentionally and unlawfully did possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about May 21, 2020, in the District of South Carolina, the Defendant, **UNSLO RASHAD THOMAS, a/k/a "Low Key," a/k/a "Low Boy,"** knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

That on or about June 10, 2020, in the District of South Carolina, the Defendant, **LISA MARIE DRAKE**, knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

THE GRAND JURY FURTHER CHARGES:

That on or about June 26, 2020, in the District of South Carolina, the Defendant, **RICHARD WRIGHT, a/k/a "Boise,"** knowingly, intentionally and unlawfully did possess with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 6

THE GRAND JURY FURTHER CHARGES:

That on or about August 13, 2020, in the District of South Carolina, the Defendant, **D'VONTE RACHARD MITCHELL,** knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute 500 grams or more of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## FORFEITURE

DRUG-TRAFFICKING OFFENSES:

Upon conviction for a felony violation of Title 21, United States Code as charged in this Indictment, the Defendants, **DERRICK SIMPSON, a/k/a "Red," RICHARD WRIGHT, a/k/a "Boise," D'VONTE RACHARD MITCHELL, GENEE TAKEATA YOUNG, UNLSO RASHAD THOMAS, a/k/a "Low Key," a/k/a "Low Boy,"** and **LISA MARIE DRAKE**, shall forfeit to the United States all of the Defendants' right, title and interest in and to any property, real and personal,

    (a)    constituting, or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

    (b)    used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation of Title 21, United States Code;

PROPERTY:

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

    A.    Firearms:

        (a)    Smith & Wesson SD9VE 9mm Pistol with magazine
                Serial Number: HFZ8985
                Seized from: Unslo Rashad Thomas
                Asset ID: 20-DEA-665677

    (b)    Glock, model 31, .357 caliber handgun
              Serial Number: PUL806
              Seized from: Genee Takeata Young

B.    <u>Ammunition</u>:

Miscellaneous rounds of 9mm and .357 caliber ammunition

C.    <u>Proceeds/Forfeiture Judgment</u>:

A sum of money equal to all property the Defendants obtained as a result of the drug offenses charged in the Indictment, and all interest and proceeds traceable thereto as a result for their violation of Title 21 United States Code.

D.    <u>Cash/United States Currency</u>:

    (a)    $34,660.00 in United States Currency
              Seized from: Richard Allen Wright
              Asset ID: 20-DEA-665158

    (b)    $161,379.00 in United States Currency
              Seized from: Derrick Simpson
              Asset ID: 21-DEA-671764

    (c)    $21,240.00 in United States Currency
              Seized from: Lisa Marie Drake
              Asset ID: 20-DEA-665685

<u>SUBSTITUTION OF ASSETS</u>:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendants:

    (a)    cannot be located upon the exercise of due diligence;
    (b)    has been transferred or sold to, or deposited with, a third person;
    (c)    has been placed beyond the jurisdiction of the Court;
    (d)    has been substantially diminished in value; or
    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the Defendants up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

## SENTENCING ENHANCEMENT PROVISIONS

THE GRAND JURY FURTHER CHARGES:

The Defendants, **DERRICK SIMPSON, RICHARD WRIGHT, D'VONTE RACHARD MITCHELL,** and **UNLSO RASHAD THOMAS, a/k/a "Low Key," a/k/a "Low Boy,"** prior to committing the violation(s) contained in this Indictment, had the following conviction(s) for serious drug felon(ies) and/or for serious violent felon(ies), pursuant to Title 21, United States Code, Sections 802(57) and (58), that had become final for the purposes of Title 21, United States Code, Section 841:

1. **DERRICK SIMPSON**

   a. July 28, 2009 – a conviction for a serious violent felony in the State of South Carolina, Indictment Number 2009-GS-10-03861, for which the Defendant served more than 12 months in prison and for which the Defendant was released within 15 years of the commencement of the offense charged in Count 1 of this Indictment.

2. **RICHARD WRIGHT**

   a. May 11, 2010 – a conviction for a serious violent felony in the State of South Carolina, Warrant Number K260391, for which the Defendant served more than 12 months in prison and for which the Defendant was released within 15 years of the commencement of the offenses charged in Counts 1 and 6 of this Indictment.

3. **D'VONTE RACHARD MITCHELL**

   a. October 20, 2009 – a conviction for a serious violent felony in the State of South Carolina, Indictment Number 2008-GS-10-08167, for which the Defendant served more than 12 months in prison and for which the Defendant was released within 15 years of the commencement of the offense charged in Counts 1 and 7 of this Indictment.

4. **UNLSO RASHAD THOMAS, a/k/a "Low Key," a/k/a "Low Boy"**

   a. January 22, 2008 – a conviction for a serious drug felony in the District

of South Carolina, Charleston Division, South Carolina, Criminal Case Number 2:07-cr-735, for which the Defendant served more than 12 months in prison and for which the Defendant was released within 15 years of the commencement of the offenses charged in Counts 1 and 4 of this Indictment.

All in violation of Title 21, United States Code, Sections 802, 841, and 851.

A _____ BILL

_____
PETER M. MCCOY, JR. (jws)
UNITED STATES ATTORNEY